

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE

Appellate case name:    Michelle Heinrich, Mandy So and Naim El-Aswad, M.D., Individually and Derivatively as Members of Victory's Bioethical Anatomics, LLC and Victory's Advanced Centers for Surgical Education, LLC v. Strasburger & Price, L.L.P., Stuart Farrell Miller and Jana H. Woelfel

Appellate case number:    01-15-00473-CV

Trial court case number:    2013-74218

Trial court:                164th District Court of Harris County

The Court's records indicate that Appellants'/Plaintiffs' Petition for Permission to Appeal Interlocutory Order filed with this Court on May 27, 2015 may not have been timely. *See, e.g., Inliner Americas, Inc. v. MaComb Funding Group, L.L.C.*, 244 S.W.3d 427 (Tex. App.—Houston [14th Dist.] 2007, no pet). Accordingly, the Court has directed me to notify you that the Court may dismiss the appeal for want of jurisdiction unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statue, rules, and case law to show this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a).

Any response must be filed within 10 days of the date of this notice. You must respond in writing even if you have previously claimed your petition for permissive appeal was timely filed.

If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice.

Clerk's signature: _____

Date: June 18, 2015 _____